IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

MISAEL HUMBERTO ESPINOZA LOPEZ,

Defendant.

Case No. 1:26-MJ-108

**UNDER SEAL**

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Eugenia Bates, being duly sworn, depose and state:

1.      I am a Special Agent with the United States Federal Bureau of Investigation ("FBI") assigned to the Washington Field Office, located in the District of Columbia. I have been employed with the FBI since July 31, 2022. My duties as a Special Agent include investigating criminal activity and threats to national security.

2.      My duties as a Special Agent with the FBI also include investigating criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

3.      This affidavit is submitted in support of a criminal complaint and arrest warrant for MISAEL HUMBERTO ESPINOZA LOPEZ (hereafter "ESPINOZA LOPEZ") an alien whom there is probable cause to believe has reentered the United States after being denied admission, excluded, deported, or removed, or having departed the United States while an order of exclusion, deportation, or removal was outstanding, subsequent to a conviction for commission of an aggravated felony, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

1

4.      The facts and information contained in this affidavit are based upon my training, experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

### SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5.      On or about January 5, 2026, I learned through an FBI lead that ESPINOZA LOPEZ may have re-entered the United States. Based upon this lead, I conducted database checks, which revealed that ESPINOZA LOPEZ was previously deported from the United States on or around June 27, 2012. Additional database checks indicated that ESPINOZA LOPEZ had been cited by the Loudoun County Police Department on or around February 1, 2022, for driving without a license (second offense), indicating that ESPINOZA LOPEZ was back in the United States. Virginia Department of Motor Vehicles (DMV) record checks returned that ESPINOZA LOPEZ has, since his 2012 deportation, obtained a valid Driver's License with his identifying information and picture, with the most recent application being submitted on May 13, 2025, and picture being taken on the same day.

6.      I reviewed ESPINOZA LOPEZ's immigration file maintained by U.S. Citizenship and Immigration Services ("USCIS"), also known as an alien file (hereinafter "A-File"), which shows that he: is a native and citizen of El Salvador, with an alien number of AXXX-XXX-067,[1] who was admitted as a lawful permanent resident in May of 1999; was convicted of distributing a controlled drug (cocaine) in Fairfax County Circuit Court in July of 2011; was placed in removal

---

[1] Certain numbers in this affidavit are redacted with an "X" to protect Personally Identifiable Information (PII).

proceedings in April of 2012 with the charge of being removable for having been convicted of an aggravated felony and a controlled substance offense, ordered removed by an Immigration Judge on or around June 1, 2012, and deported on or around June 27, 2012. Both the immigration records contained in the A-File and the 2011 Fairfax County Circuit Court conviction documents, certified copies of which are contained in the A-File, show his date of birth as XX/XX/1988 and his Social Security number as XXX-XX-1298. The A-File also contained multiple photographs of ESPINOZA LOPEZ, two of which are reproduced here.



| Image from El Salvador passport, issued Dec. 2004 | DHS photograph, April 4, 2012 |

7.      The A-File contained one previously executed Immigration Service Form I-205 "Warrant of Removal/Deportation," bearing ESPINOZA LOPEZ's photograph, fingerprint, and signature. This form showed that ESPINOZA LOPEZ was removed from the United States on or around June 27, 2012, at or around Alexandria, Louisiana.

8. ESPINOZA LOPEZ's A-File also contains court documents showing that he was previously convicted of an aggravated felony prior to his removal from the United States. Specifically, on or around July 15, 2011, ESPINOZA LOPEZ was convicted for Distribution of a Controlled Substance under VA Code Section 18.2-248 and was sentenced to five (5) years of incarceration with four (4) years suspended.

9. ESPINOZA LOPEZ's A-File lacks evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted to, pass through, or reside in the United States. Further, ESPINOZA LOPEZ has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his formal removal.

10. I reviewed Virginia DMV records, which show that ESPINOZA LOPEZ originally applied for a Virginia Driver's License on August 26, 2006, which was prior to his deportation. During this initial application, ESPINOZA LOPEZ presented his permanent resident card with alien number of AXXX-XXX-067 in the box that states "proof of legal presence." He also used his Social Security number of XXX-XX-1298. On this application, the customer number associated with ESPINOZA LOPEZ was TXXXXXX77.

11. DMV records then show that, using the same name, date of birth, and customer number from his original application, information which also matches the biographical information contained in his A-File, ESPINOZA LOPEZ applied for additional Virginia Drivers Licenses on February 19, 2022, February 22, 2022, May 25, 2023, and, most recently, May 13, 2025. All of these dates are after his 2012 deportation. The 2022, 2023, and 2025 applications also use the same address that he used on his original 2006 application (XXXX Lake Drive, Manassas, Virginia), which is an address that is within the Eastern District of Virginia. These applications

4

were made in person at the DMV office location in Manassas, Virginia, which is within the Eastern District of Virginia, and ESPINOZA LOPEZ's photograph was taken in conjunction with these applications. DMV pictures of ESPINOZA LOPEZ for several of his various applications are depicted below.



12.     Finally, ICE/ERO has also performed preliminary record checks, including TECS and additional USCIS queries, which confirmed that ESPINOZA LOPEZ is a native and citizen of El Salvador who was most recently removed from the United States on or about June 27, 2012, at or near Alexandria, Louisiana. ESPINOZA LOPEZ did not have legal authorization to reenter or

remain in the United States. ICE/ERO had not been separately notified that ESPINOZA LOPEZ is back in the United States; the FBI was the initial source of notification through the FBI lead.

## CONCLUSION

13.     Based on the foregoing, I submit that there is probable cause to believe that, within the Eastern District of Virginia, MISAEL HUMBERTO ESPINOZA LOPEZ, an alien who was removed from the United States on or about June 27, 2012, at or near Alexandria, Louisiana, subsequent to a conviction for commission of an aggravated felony, has reentered the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

Respectfully submitted,

*Eugenia Bates*

Eugenia Bates
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on April 8, 2026.

The Honorable William B. Porter
United States Magistrate Judge
Alexandria, Virginia

6